IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PATRICIA R. LASATER,**

       **Plaintiff,**

vs.                                                   Civ. No. 09-429 WDS

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       **Defendant.**

## ORDER

**THIS MATTER** comes before the Court on Defendant Michael J. Astrue, Commissioner of Social Security's ("Defendant") Opposed Motion to Reverse and Remand for Further Administrative Proceedings filed December 23, 2009 [Doc. No. 21] and Plaintiff Patricia Lasater's ("Plaintiff") Response to Defendant's Opposed Motion to Reverse and Remand for Further Administrative Proceedings filed January 11, 2010. [Doc. No. 22]. Having considered the Motion and Response and further having considered Plaintiff's Motion to Reverse and Remand for a Rehearing filed October 13, 2009 [Doc. No. 17], this Court finds that Defendant's Motion is not well taken and it will be denied.

**IT IS ORDERED** that Defendant's Opposed Motion to Reverse and Remand for Further Administrative Proceedings is hereby denied.

**IT IS FURTHER ORDERED** that Defendant has thirty (30) days from the entry of this order to file a Response to Plaintiff's Motion to Reverse and Remand for a Rehearing. Plaintiff has

fifteen (15) days from the filing of Defendant's Response to file a Reply.

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**